ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| A. West Enterprise, LLC | ) ASBCA Nos. 63273, 63542, 63608 |
| | ) |
| Under Contract No. W912P5-20-C-0012 | ) |

APPEARANCE FOR THE APPELLANT:  Stephen D. Tobin, Esq.
                Cohen Seglias Pallas Greenhall &
                 Furman PC
                Washington, DC

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
                Engineer Chief Trial Attorney
               Bonnie B. Jagoditz, Esq.
               E. Christopher Lambert, Esq.
                Engineer Trial Attorneys
                U.S. Army Engineer District, Nashville

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: October 26, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63273, 63542, 63608, Appeals of A. West Enterprise, LLC, rendered in conformance with the Board's Charter.

Dated: October 27, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals